UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                              Plaintiff,

   -against-

                                                      Case No. 7:19-mj-7648

Anthony J. Marino

                              Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                         SO ORDERED.

                                                         Hon. Martin R. Goldberg
                                                         United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York